No. 7012. DAWSON v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1655. MORRIS v. DAISY AVENUE ROAD DISTRICT OF JEFFERSON COUNTY, KENTUCKY. Ct. App. Ky. Motion to dispense with printing petition granted. Certiorari denied.

No. 1671. MORRIS v. SPARROW ET AL. Ct. App. Ky. Motion to dispense with printing petition granted. Certiorari denied.

No. 1719. LAMAR LIFE BROADCASTING CO. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 1773. SCAFATI, CORRECTIONAL SUPERINTENDENT v. FISHER. C. A. 1st Cir. Stay entered by this Court on June 11, 1971 [ante, p. 913], vacated. Order of June 4, 1971, of the Court of Appeals that "Fisher will be ordered released as soon as the district court can conduct a hearing," vacated and set aside. Provision of order of District Court entered July 13, 1970, that petitioner be discharged unless "timely retried without the use of tainted evidence" [314 F. Supp. 929, 938], reinstated and made effective from this date. Certiorari denied.